

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2021

No. 04-21-00206-CV

**CR+ ENTERPRISES, INC.**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Morgan Stanley ABS
Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19332
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's reply brief was due on December 16, 2021. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for an extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on January 18, 2022. *See id.* R. 38.6(d).

It is so **ORDERED** on December 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT